Kurlbaum v. Roepke.

KURLBAUM, Respondent, v. ROEPKE, Appellant.

1. The revised code of 1855 does not require a finding of the facts where a cause is tried by the court.
2. Where a cause is tried by the court without a jury and no instructions or declarations of law are asked or given, the supreme court will not interfere by ordering a new trial.

*Appeal from St. Louis Law Commissioner's Court.*

*Goodlett*, for appellant.

*S. H. Gardner*, for respondent.

SCOTT, Judge, delivered the opinion of the court.

This suit was commenced after the code of 1855 was in force. The case was tried by the court, the parties having waived a jury. The present code does not require a finding of the facts when the issues in a cause are tried by the court. The old practice in such cases is now revived. When a cause is tried by the court sitting as a jury and no instructions or declarations of law are asked or given on the trial, this court will not interfere by ordering a new trial.

Judge Napton concurring, the judgment is affirmed.